UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO



United States of America

vs

Alberto Santiago-Figueroa

Criminal  97-076 (DRD)

MOTION FOR A REDUCTION OF SENTENCE
IN ACCORDANCE WITH NEW CRARCK-COCAINE
GUIDELINES

I, Alberto Santiago-Figueroa, one of the defendants in the instant case, appear PRO SE in order to request a reduction of my sentence in accordance with the new sentencing guidelines as to crack-cocaine.

I was sentenced for 5 kg of crack (among other drug-related offenses) to serve a sentence of 168 months.

I hereby request referral of this petition to Mr. Héctor Ramos-Vega, Assistant Federal Public Defender, as set in the ADMINISTRATIVE DIRECTIVE 08-31 (JAF) for pleadings such as this one.

Respectfully submitted,

*Alberto Santiago Figueroa*

Alberto Santiago-Figueroa
14925-069
Metropolitan Detention Center
Box 2005
Cataño  PR   00963-2005