Albereto Figueroa
#24925-069
Metropolitan Detention Centere
Pos 2005
Cataño   PR   00963-2005

Clerk
United States DistrictCourt
Federal Building
150 Chardon Street
San Juan   PR   00918