UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALBERTO SANTIAGO FIGUEROA<br><br>Defendant | CRIMINAL NO. 97-076-21 (DRD) |

# ORDER

In keeping with this Court's Administrative Directive, Misc. 08-031 (JAF), the Clerk has notified defendant's pro-se Motion for Reduction of Sentence to:

- the U.S. Attorney's Office - by CM/ECF notification to Supervisory AUSA Jeanette Mercado-Ríos (jeanette.mercado@usdoj.gov)

- the U.S. Probation Office - by CM/ECF notification to USPO Zulma Basora (zulma_basora@prp.uscourts.gov) and USPO Belinda Zayas (belinda_zayas@prp.uscourts.gov).

Because the motion was filed pro se, AFPD Héctor L. Ramos-Vega, (Hector_Ramos@fd.org) from the Federal Public Defender's Office, has been appointed and duly notified to appear on defendant's behalf in this matter.

The attorneys are reminded that the Court's Administrative Order establishes the following timetable:

Order re Crack Cocaine Administrative Directive
Criminal Case No. 97-076-21 (DRD)

| Filer | Deadline |
|---|---|
| U.S. Probation Office | "Retroactivity Package" (PSR, J&C Order, Plea Agreement, Indictment, and Sentencing Transcript) and short recommendation- to filed **within 10 days** from receipt of notice of filing of motion seeking reduction |
| Federal Pubic Defender United States Attorney | Stipulated Recommendation to the Court - **within 10 days** after filing of "Retroactivity Package" and USPO recommendation |
| U.S. Probation Office | Final Recommendation - in the absence of Stipulated Recommendation, **within 5 days** of electronic notification to counsel |
| Federal Public Defender United States Attorney | Memoranda - each appearing counsel to file simultaneously **within 5 days** after filing of Final Recommendation |

BY ORDER OF THE COURT.

In San Juan, Puerto Rico, on June 25, 2008.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

s/ Lida I. Egelé
Operations Manager